AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BYRON P. MCCOY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 423-cv-325

COCA-COLA BOTTLING COMPANY UNITED, INC.,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on June 7, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint and closes this civil action.

Approved by: _____

June 14, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020